IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL DION MILTON, #290017,   )
                                )
      Plaintiff,                )
                                )
vs.                             )   CASE NO. 2:14cv527-WHA
                                )
KIM TOBIAS THOMAS, et al.,      )         (WO)
                                )
      Defendants.               )

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Michael Dion Milton, and this case is DISMISSED without prejudice.

DONE this 21st day of August, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE